# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONNY SZETO, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:CV-14-0248 |
| v. | : |
| | : (Judge Mannion) |
| M. RECKTENWALD, Warden | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.


                    s/ *Malachy E. Mannion*
                    **MALACHY E. MANNION**
                    **United States District Judge**

**Dated:   May 11, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0248-01-ORDER.wpd